UNITED STATES of America, Plaintiff–Appellee,

v.

Samuel ARAUJO–URIAS, Defendant–Appellant.

No. 04–51304

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Samuel Araujo–Urias, Big Spring, TX, pro se.

Andre C. Poissant, El Paso, TX, for Defendant–Appellant.

---

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Samuel Araujo–Urias (Araujo) has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Araujo has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.